# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ROCHESTER D. ROGERS ) | Case No: 3:06CR00017-003 |
| ) | USM No: 04501-095 |
| Date of Previous Judgment: 10/18/2007 ) | Rebecca Hudsmith, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [ ] the defendant [ ] the Director of the Bureau of Prisons [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ]   DENIED.   [x]   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   262   months **is reduced to**   135 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   37           Amended Offense Level:   35
Criminal History Category:   III         Criminal History Category:   III
Previous Guideline Range:   262   to   327   months       Amended Guideline Range:   210   to   262   months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[x] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

## III. ADDITIONAL COMMENTS
The defendant received a reduction at sentencing as a result of a USSG § 5K1.1 motion and on June 16, 2009, the defendant received a reduction in sentence pursuant to Rule 35(b). Additionally, the defendant possessed a firearm during the offense of conviction.

Except as provided above, all provisions of the judgment   dated 10/18/07   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   5/10/2010

                                            Judge's signature

Effective Date:   5/19/10
(if different from order date)                                            Printed name and title

Any motion for reconsideration must be filed within ten (10) days of the date this order is filed in the court. Any additional documentation and supplemental memorandum in support of the motion for reconsideration must be filed within forty-five (45) days of the motion for reconsideration.

USAtty